# Park Circle Investments, LLC



**EXHIBIT B**

P.O. Box 12004  
Jackson, MS 39236-2004  
Phone 601-932-2121   Fax 601-932-1949

**DATE:**  
December 27, 2016

**INVOICE #**  
12272016-a

**Bill To:**  
Jackson Eye Institute, PLLC  
2500 Lakeland Drive #A  
Flowood, Ms 39232

**For:**  
Rent

| DESCRIPTION | | AMOUNT |
|---|---|---:|
| September 2016 Rent | $ | 4,850.00 |
| October 2016 Rent | $ | 4,850.00 |
| November 2016 Rent | $ | 4,850.00 |
| December 2016 Rent | $ | 4,850.00 |
| Waste Management Reimbursement (PAST DUE) | $ | 2,401.45 |
| *Billed January 2016 for 2015 garbage pickup | | |
| **TOTAL** | | **$21,801.45** |

Make all checks payable to **Park Circle Investments, LLC**

**THANK YOU FOR YOUR PROMPT PAYMENT!**