EXHIBIT D
# INVOICE

# Park Circle Investments, LLC

P.O. Box 12004  
Jackson, MS 39236-2004  
Phone 601-932-2121   Fax 601-932-1949

**DATE:**  
December 27, 2016

**INVOICE #**  
12272016-b

**Bill To:**  
JEI Ambulatory Surgery Center, LLC  
2500 Lakeland Drive #A  
Flowood, Ms 39232

**For:**  
Rent

| DESCRIPTION | AMOUNT |
|---|---:|
| September 2016 Rent | $ 2,700.00 |
| October 2016 Rent | $ 2,700.00 |
| November 2016 Rent | $ 2,700.00 |
| December 2016 Rent | $ 2,700.00 |
| **TOTAL** | **$10,800.00** |

Make all checks payable to **Park Circle Investments, LLC**

**THANK YOU FOR YOUR PROMPT PAYMENT!**